1  JEFFREY J. ZUBER (SBN 220830)
   jzuber@ztllp.com
2  ALBERT T. WU (SBN 228268)
   awu@ztllp.com
3  ZUBER & TAILLIEU LLP
   10866 Wilshire Boulevard, Suite 300
4  Los Angeles, California 90024
   Telephone: (310) 807-9700
5  Facsimile: (310) 807-9701

6  Attorneys for Defendant MedAvant Health Care
   Solutions

FILED
07 DEC 13 PM 2:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
940 Front Street, San Diego, CA 92101-8900

'07 CV 2333 WQH CAB

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK, and DOES 1-100, <br><br> Defendants. | Case No. _____ <br><br> **PROOF OF SERVICE BY OVERNIGHT MAIL** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Porsha Lee, am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the within action; my business address is 10866 Wilshire Boulevard, Suite 300, Los Angeles, CA 90024.

On December 13, 2007, I served the foregoing:

- **CIVIL COVER SHEET;**

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); AND**

- **CERTIFICATE OF SERVICE OF NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

William J. Hurley III, Esq.
1620 5th Avenue
Suite 900
San Diego, CA 92101

X   BY OVERNIGHT MAIL: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

///
///
///

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this document was executed on December 13,
3  2007 at Los Angeles, California.

*Porsha R Lee* (signature)

Porsha R Lee