1  JEFFREY J. ZUBER (SBN 220830)
   jzuber@ztllp.com
2  ALBERT T. WU (SBN 228268)
   awu@ztllp.com
3  ZUBER & TAILLIEU LLP
   10866 Wilshire Boulevard, Suite 300
4  Los Angeles, California 90024
   Telephone: (310) 807-9700
5  Facsimile: (310) 807-9701

6  Attorneys for Defendant MedAvant Health Care Solutions

7

8

9              UNITED STATE DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA
11           940 Front Street, San Diego, CA 92101-8900

12  THREE RIVERS PROVIDER                Case No. '07 CV 2333 WQH CAB
13  NETWORK, INC.,
14                  Plaintiffs,          CERTIFICATE OF SERVICE OF
                                         NOTICE TO ADVERSE PARTY OF
15          v.                           REMOVAL TO FEDERAL COURT
16  PLAN VISTA SOLUTIONS, INC.
    dba MEDAVANT HEALTH CARE
17  SOLUTIONS fka NATIONAL
    PREFERRED PROVIDER
18  NETWORK, and DOES 1-100,
19                  Defendants.
20
21
22
23
24
25
26
27  ///
28  ///

CERTIFICATE OF SERVICE OF
NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT

1   I, Porsha R. Lee, certify and declare as follows:

2   I am over the age of 18 and am not a party to this action.

3   My business address is 10866 Wilshire Boulevard, Suite 300, Los Angeles, CA 90024 which is located in the city, county and state where the mailing described below took place.

6   On December 13, 2007, I deposited with the U.S. Postal Service at Los Angeles, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated December 13, 2007, a copy of which is attached to this Certificate.

9   I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of December, 2007, at Los Angeles, California.

*/s/ Porsha R. Lee*
PORSHA R. LEE

# EXHIBIT A

```
 1  JEFFREY J. ZUBER (SBN 220830)
    ALBERT T. WU (SBN 228268)
 2  ZUBER & TAILLIEU, LLP
    10866 Wilshire Boulevard, Ste. 300
 3  Los Angeles, California 90024
    Telephone: (310) 807-9700
 4  Facsimile: (310) 807-9701

 5  Attorneys for Defendant MedAvant Health Care Solutions
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

330 W. Broadway, San Diego, CA 92101

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK, and DOES 1-100, <br><br>Defendants. | CASE NO. 37-2007-00081609-CU-FR-CTL <br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

27  ///
28  ///

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE THAT a Notice of Removal was filed in the United |
| 3 | States District Court, Southern District of California, on December 13, 2007. |
| 4 | A copy of the Notice of Removal is attached to this Notice and is served and filed |
| 5 | herewith. |

Dated: December 13, 2007

Respectfully submitted:

ZUBER & TAILLIEU LLP
JEFFREY J. ZUBER
ALBERT T. WU

By: _____
Attorneys for Defendant MedAvant Health Care Solutions