WILLIAM J. HURLEY III (State Bar No. 188301)
1620 5TH Avenue, Suite 900
San Diego, California 92101
Telephone: (619) 564-8414
Facsimile: (619) 795-9501

Attorneys for Plaintiff
THREE RIVERS PROVIDER NETWORK, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK, and DOES 1-100,<br><br>Defendants. | No. 07 CV 2333 WQH (CAB)<br><br>**JURY DEMAND** |

Plaintiff Three Rivers Provider Network, Inc. ("TRPN"), through their undersigned counsel, hereby demand a jury trial as to all issues included in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 38(b) and Local

/ / /

/ / /

/ / /

/ / /

Civil Rule 38.1.

Dated: December 17, 2007                    WILLIAM J. HURLEY III


s/William J. Hurley III

Attorney for Plaintiff
THREE RIVERS PROVIDER
NETWORK, INC.
Email: whurley@trpnppo.com

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action. My business address is 1620 5th Avenue, Suite 900, San Diego, California 92101.

On December 17, 2007, I served the foregoing document, described as JURY DEMAND on each interested party in this action, as follows:

Jeffrey Zuber, Esquire
Albert Wu, Esquire
Zuber & Taillieu LLP
10866 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
jzuber@ztllp.com

awu@ztllp.com

[x] **(VIA MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at San Diego, California. I am readily familiar with TRPN's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[ ] **(VIA FEDERAL EXPRESS)** I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document in an envelope designated by said express service carrier, with delivery fees paid or provided for.

[ ] **(VIA FACSIMILE)** I caused a true copy to be served by facsimile transmission to each interested party at the respective facsimile number.

[x] **(VIA ELECTRONIC MAIL)** I transmitted the above document(s) by electronic mail to the interested parties via the e-mail addresses listed above for

1  each party. I did not receive, within a reasonable time, an electronic message or
2  other indication that the transmission was unsuccessful.
3      [ ] **(STATE COURT ONLY)** I declare under penalty of perjury under
4  the laws of the State of California that the above is true and correct.
5      [ x ] **(FEDERAL COURT ONLY)** I declare that I am employed in the
6  office of a member of the bar of this Court at whose direction the service was
7  made.
8      Executed on December 17, 2007, at San Diego, California.

_____
Lilian Romero