1 | JEFFREY J. ZUBER (SBN 220830)
jzuber@ztllp.com
2 | ALBERT T. WU (SBN 228268)
awu@ztllp.com
3 | ZUBER & TAILLIEU LLP
10866 Wilshire Boulevard, Suite 300
4 | Los Angeles, California 90024
Telephone: (310) 807-9700
5 | Facsimile: (310) 807-9701

6 | Attorneys for Defendant MedAvant Health Care Solutions

FILED
07 DEC 20 PM 4:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:              DEPUTY

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### 940 Front Street, San Diego, CA 92101-8900

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC., | Case No. 07 CV 2333 WQH CAB |
| Plaintiffs, | PROOF OF SERVICE BY OVERNIGHT MAIL |
| v. | |
| PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK, and DOES 1-100, | |
| Defendants. | |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Kelly Maravilla, am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the within action; my business address is 10866 Wilshire Boulevard, Suite 300, Los Angeles, CA 90024.

On December 20, 2007, I served the foregoing:

- **ANSWER OF PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK TO COMPLAINT OF THREE RIVERS PROVIDER NETWORK, INC.; DEMAND FOR JURY TRIAL;**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**William J. Hurley III, Esq.**
**1620 5th Avenue**
**Suite 900**
**San Diego, CA 92101**

X     BY OVERNIGHT MAIL: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

///
///
///

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this document was executed on December 20,
3  2007 at Los Angeles, California.

_____
Kelly Maravilla