UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK, and DOES 1-100,<br><br>　　　　　　　　　　　Defendants. | Civil No.   07cv2333 WQH (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　Counsel for Plaintiff contacted the Court on January 3, 2008, and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

　　　1.　　A Joint Motion for Dismissal shall be electronically filed on or before **February 14, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable William Q. Hayes, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

　　　2.　　If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

---

[1] *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

on or before February 14, 2008, then a Settlement Disposition Conference shall be held on **February 15, 2008**, at **9:00 a.m.** before Judge Bencivengo.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before February 14, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED:  January 3, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge