1    WILLIAM J. HURLEY III (State Bar No. 188301)
     1620 5TH Avenue, Suite 900
2    San Diego, California  92101
     Telephone: (619) 564-8414
3    Facsimile: (619) 795-9501

4    Attorneys for Plaintiff
     THREE RIVERS PROVIDER NETWORK,
5    INC.

6    JEFFREY J. ZUBER (State Bar No. 220830)
     ALBERT T. WU (State Bar No. 228268)
7    ZUBER & TAILLIEU LLP
     10866 Wilshire Boulevard, Suite 300
8    Los Angeles, California 90024
     Telephone: (310) 807-9700
9    Facsimile: (310) 807-9701

10   Attorneys for Defendant
     PLAN VISTA SOLUTIONS, INC. dba
11   MEDAVANT HEALTH CARE
     SOLUTIONS
12

13                  UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16   THREE RIVERS PROVIDER                No. 07 CV 2333 WQH (CAB)
     NETWORK, INC.,
17                                         JOINT MOTION RE REQUEST
              Plaintiff,                   FOR STAY AND NOTICE OF
18                                         SETTLEMENT; [SEPARATE
         vs.                               ORDER THEREON SUBMITTED
19                                         CONCURRENTLY]
     PLAN VISTA SOLUTIONS, INC.
20   dba MEDAVANT HEALTH CARE
     SOLUTIONS fka NATIONAL
21   PREFERRED PROVIDER
     NETWORK and DOES 1-100,
22
              Defendants.
23

24

25

26

27        Defendant Plan Vista Solutions, Inc. dba MedAvant Health Care Solutions

28   fka National Preferred Provider Network ("MedAvant") and plaintiff Three Rivers

Provider Network, Inc. ("TRPN"), through their undersigned counsel, submit this joint motion regarding request for stay of the action pending settlement performance.

On December 21, 2007, the parties entered into a confidential settlement agreement which will result in a complete resolution of the issues in the case pending performance of its terms. The agreement provides for performance by MedAvant no later than January 31, 2008. Satisfactory performance on that date will result in the dismissal with prejudice of the lawsuit immediately thereafter.

On January 4, 2008, Magistrate Cathy Ann Bencivengo entered an Order setting a Settlement Disposition Conference for February 14, 2008, which conference can be vacated by filing a joint motion for dismissal prior to that date.

The United States Supreme Court has set forth that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.* 299 U.S. 248, 254-55.

NOW, the parties submit this joint motion and request the Court to enter an Order staying the action through February 14, 2008.

Dated: January 3, 2008

ZUBER & TAILLIEU LLP
JEFFREY J. ZUBER
ALBERT T. WU


s/Jeffrey J. Zuber

Attorney for Defendant
MEDAVANT HEALTH CARE
SOLUTIONS.
Email: jzuber@ztllp.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: January 3, 2008

30309129

WILLIAM J. HURLEY III


s/William J. Hurley III

Attorneys for Plaintiff
THREE RIVERS PROVIDER
NETWORK, INC.
Email: whurley@trpnppo.com

1

**PROOF OF SERVICE**

2      I am employed in the County of San Diego, State of California, I am over

3  the age of 18 and not a party to the within action. My business address is 1620 5th

4  Avenue, Suite 900, San Diego, California 92101.

5      On January 7, 2008, I served the foregoing document, described as JOINT

6  MOTION RE REQUEST FOR STAY; [PROPOSED] ORDER THEREON on

7  each interested party in this action, as follows:

8  Jeffrey Zuber
   Albert Wu
9  Zuber & Tallieu LLP
10  10866 Wilshire Boulevard, Suite 300
   Los Angeles, CA  90024
11  jzuber@ztllp.com

12  awu@ztllp.com

13

14      [  ] **(VIA MAIL)** I placed a true copy of the foregoing document in a

15  sealed envelope addressed to each interested party as set forth above. I placed

16  each such envelope, with postage thereon fully prepaid, for collection and mailing

17  at San Diego, California. I am readily familiar with TRPN's practice for collection

18  and processing of correspondence for mailing with the United States Postal

19  Service. Under that practice, the correspondence would be deposited in the United

20  States Postal Service on that same day in the ordinary course of business.

21      [  ] **(VIA FEDERAL EXPRESS)** I deposited in a box or other facility

22  maintained by Federal Express, an express carrier service, or delivered to a courier

23  or driver authorized by said express carrier service to receive documents, a true

24  copy of the foregoing document in an envelope designated by said express service

25  carrier, with delivery fees paid or provided for.

26      [  ] **(VIA FACSIMILE)** I caused a true copy to be served by facsimile

27  transmission to each interested party at the respective facsimile number.

28

-2-

1    [ x ] **(VIA ELECTRONIC MAIL)** I transmitted the above document(s)

2    by electronic mail to the interested parties via the e-mail addresses listed above for

3    each party.  I did not receive, within a reasonable time, an electronic message or

4    other indication that the transmission was unsuccessful.

5    [   ] **(STATE COURT ONLY)** I declare under penalty of perjury under

6    the laws of the State of California that the above is true and correct.

7    [ x ] **(FEDERAL COURT ONLY)** I declare that I am employed in the

8    office of a member of the bar of this Court at whose direction the service was

9    made.

10    Executed on January 7, 2008, at San Diego, California.

11

12    _____

13    Lilian Romero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-