# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC., <br><br> Plaintiff, <br> vs. <br> PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK and DOES 1-100, <br><br> Defendants. | CASE NO. 07cv2333 WQH (CAB) <br><br> **ORDER** |

HAYES, Judge:

The Joint Motion to Stay Case Pending Settlement (Doc. # 9) is **GRANTED.** The above captioned action is stayed through February 14, 2008.

DATED: January 11, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

- 1 -   07cv2333 WQH (CAB)