WILLIAM J. HURLEY III (State Bar No. 188301)
1620 5TH Avenue, Suite 900
San Diego, California 92101
Telephone: (619) 564-8414
Facsimile: (619) 795-9501

Attorneys for Plaintiff
THREE RIVERS PROVIDER NETWORK, INC.

JEFFREY J. ZUBER (State Bar No. 220830)
ALBERT T. WU (State Bar No. 228268)
ZUBER & TAILLIEU LLP
10866 Wilshire Boulevard, Suite 300
Los Angeles, California 90024
Telephone: (310) 807-9700
Facsimile: (310) 807-9701

Attorneys for Defendant
PLAN VISTA SOLUTIONS, INC. dba
MEDAVANT HEALTH CARE
SOLUTIONS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK and DOES 1-100,<br><br>Defendants. | No. 07 CV 2333 WQH (CAB)<br><br>JOINT MOTION RE REQUEST FOR DISMISSAL; [SEPARATE ORDER THEREON SUBMITTED CONCURRENTLY] |

Defendant Plan Vista Solutions, Inc. dba MedAvant Health Care Solutions fka National Preferred Provider Network ("MedAvant") and plaintiff Three Rivers

Provider Network, Inc. ("TRPN"), through their undersigned counsel, submit this joint motion regarding request for dismissal of the action.

On December 21, 2007, the parties entered into a confidential settlement agreement which resulted in a complete resolution of the issues in the case pending performance of its terms. The agreement provided for performance by MedAvant no later than January 31, 2008. Pursuant to the settlement agreement, satisfactory performance on that date was to be met with the dismissal with prejudice of the lawsuit immediately thereafter.

On January 4, 2008, Magistrate Cathy Ann Bencivengo entered an Order setting a Settlement Disposition Conference for February 14, 2008, which conference can be vacated by filing a joint motion for dismissal prior to that date.

NOW, the parties submit this joint motion and request the Court to enter an Order dismissing the entire action as to all parties with prejudice.

Dated: February 11, 2008

ZUBER & TAILLIEU LLP
JEFFREY J. ZUBER
ALBERT T. WU


s/Jeffrey J. Zuber

Attorney for Defendant
MEDAVANT HEALTH CARE SOLUTIONS.
Email: jzuber@ztllp.com

Dated: February 11, 2008

WILLIAM J. HURLEY III


s/William J. Hurley III

Attorneys for Plaintiff
THREE RIVERS PROVIDER NETWORK, INC.
Email: whurley@trpnppo.com

30309129

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action. My business address is 1620 5th Avenue, Suite 900, San Diego, California 92101.

On February 11, 2008, I served the foregoing document, described as JOINT MOTION RE REQUEST FOR DISMISSAL; [PROPOSED] ORDER THEREON on each interested party in this action, as follows:

Jeffrey Zuber
Albert Wu
Zuber & Tallieu LLP
10866 Wilshire Boulevard, Suite 300
Los Angeles, CA  90024
jzuber@ztllp.com

awu@ztllp.com


[ ] **(VIA MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at San Diego, California. I am readily familiar with TRPN's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[ ] **(VIA FEDERAL EXPRESS)** I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document in an envelope designated by said express service carrier, with delivery fees paid or provided for.

[ ] **(VIA FACSIMILE)** I caused a true copy to be served by facsimile transmission to each interested party at the respective facsimile number.

[ x ] **(VIA ELECTRONIC MAIL)** I transmitted the above document(s) by electronic mail to the interested parties via the e-mail addresses listed above for each party. I did not receive, within a reasonable time, an electronic message or other indication that the transmission was unsuccessful.

[  ] **(STATE COURT ONLY)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ] **(FEDERAL COURT ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2008, at San Diego, California.

Lilian Romero