# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC.,<br><br>Plaintiff,<br>vs.<br>PLAN VISTA SOLUTIONS, INC. dba MEDAVANT HEALTH CARE SOLUTIONS fka NATIONAL PREFERRED PROVIDER NETWORK and DOES 1-100,<br><br>Defendants. | CASE NO. 07cv2333 WQH (CAB)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss (Doc. # 11) is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.**

DATED: February 13, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge